UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, and BUZZFEED, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 19-3028 (DLF) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

JOINT STATUS REPORT

Pursuant to the Court's November 21, 2019, Minute Order, the parties have conferred and provide the following joint status report in this Freedom of Information Act ("FOIA") action regarding detainees who have died in custody.

Defendants are continuing to search for and process records, and where the information is available on the number of pages and production schedules, Defendants present that information below.

Department of Homeland Security Headquarters ("DHS HQ")

The DHS HQ FOIA office determined that the original FOIA request from Plaintiffs was not tasked for search when initially received due to an administrative error, but has now been assigned for a search to the appropriate DHS Office of Civil Rights and Civil Liberties divisions. At the conclusion of this search, scheduled to complete on or about December 13, 2019, the DHS FOIA office will be able to determine initial estimates for the anticipated number of documents and anticipated release schedule for these documents.  DHS regrets that this information was unavailable sooner.

-2-

DHS HQ anticipates completing its search and identifying an appropriate processing rate to propose in the next Joint Status Report and is agreeable to providing this information to counsel for Plaintiff if it becomes available sooner.  The parties will continue to confer about the scope of the DHS-HQ search as well.

### U.S. Immigration & Customs Enforcement ("ICE")

ICE has completed its searches for potentially responsive records. ICE estimates that there are approximately 20,000 pages of potentially responsive records that will need to be reviewed and processed. ICE anticipates on making its first interim release in early January of 2020.  ICE respectfully request that it be allowed additional 30-days to provide the accurate number of pages and the date for release of its first production.  The parties agree that ICE will process (but not necessarily produce) 500 pages per month.

### U.S. Customs and Border Protection ("CBP")

The search for responsive documents within CBP is also still on-going and CBP is unable to identify for the Court the number of responsive records or to specify the anticipated dates of production at this time.  The parties agree that CBP will process approximately 500 pages per month when processing begins.

### DHS Office of Inspector General ("DHS-OIG")

The search for responsive records within DHS-IG is nearly complete for the FOIA request at issue.  To date, approximately 5,100 responsive pages have been located and DHS-OIG is awaiting receipt of the last responsive record(s) from the Los Angeles Field Office.

The parties agree that DHS-OIG will process 250 pages per month with anticipated release dates to Plaintiffs on the 20th of every month, beginning December 20, 2019.

-2-

-3-

<u>Further Status Report</u>

The Parties propose that a further status report be filed on or before February 5, 2020, to update the Court on the progress of the searches and processing.

Dated:   December 5, 2019

Respectfully submitted,

<u>*/s/ Matthew V. Topic*</u>
MATTHEW TOPIC, ESQ.
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-789-4973 (direct)
773-368-8812 (cell)
foia@loevy.com

JESSIE K. LIU, DC Bar #472845
 United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By: <u>*W. Mark Nebeker*</u>
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 252-2536
mark.nebeker@usdoj.gov

-3-