UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC.,         ) ) ) ) | |
| Plaintiffs,     ) ) | |
| v.     ) ) | Civil Action No. 19-3028 (DLF) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,   ) ) ) | |
| Defendants.     ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's June 8, 2020, Minute Order, the parties have conferred and provide the following joint status report in this Freedom of Information Act ("FOIA") action regarding detainees who have died in custody.

Defendants are continuing to search for and process records, and where the information is available on the number of pages and production schedules, Defendants present that information below.

### Department of Homeland Security Headquarters ("DHS HQ")

The DHS HQ FOIA office completed its search and has approximately 8,400 pages of potentially responsive documents to review. Since March 2020, DHS HQ continues to process (but not necessarily produce) 250 pages per month. DHS HQ made its first five productions on January 31, 2020, March 27, 2020, April 30, 2020, May 29, 2020, and June 30, 2020. On July 31, 2020, DHS HQ made its sixth release after reviewing 257 pages, and it is currently on schedule for the next production on or before August 31, 2020.

<u>U.S. Immigration & Customs Enforcement ("ICE")</u>

ICE has completed its searches for potentially responsive records. ICE estimates that there are approximately 20,000 pages of potentially responsive records that will need to be reviewed and processed.  The parties have agreed that ICE will process (but not necessarily produce) 500 pages per month.  ICE will be reviewing and processing 750 pages per month starting on June 7, 2020.  ICE made its first interim release on January 7, 2020, and has been making productions on the 7th of each month.

<u>U.S. Customs and Border Protection ("CBP")</u>

CBP completed its search for records, locating a total of 498 pages of responsive records, some of which were documents belonging to ICE and some belonging to CBP.  A total of 345 documents were referred to ICE.  As previously noted in the June 2020 JSR, CBP located Federal Bureau of Investigation ("FBI") fingerprint cards.  For those cards that were filled out by ICE Officers; those cards, along with other ICE documents, were referred to ICE on/about June 3, 2020, for which Plaintiffs will have to follow up with ICE.   For those cards that were filled out by CBP Officers, they were processed, along with the other documents belonging to CBP.  CBP processed those responsive records that belonged to CBP and released 153 pages of partially redacted records on August 7, 2020.

<u>DHS Office of Inspector General ("DHS-OIG")</u>

DHS-OIG has completed its search for responsive records.  Thus far, DHS-OIG has released six productions to Plaintiff.  The first interim release on December 20, 2019, consisted of 264 pages of responsive records.  The second interim release on January 17, 2020, consisted of 296 pages of responsive records.  The third interim release on February 20, 2020, consisted of 357 pages of responsive records.  The fourth interim release on March 18, 2020, consisted of 701 pages of responsive records.  The fifth interim release on April 17, 2020, consisted of 250 pages of

responsive records. The sixth interim release on May 20, 2020, consisted of 265 pages of responsive records. DHS-OIG's final response was sent to Plaintiff on June 11, 2020, and consisted of 204 pages of responsive records. Two multimedia files from the final response will be referred to ICE for direct response to Plaintiff, after DHS OIG resumes normal business operations, during or post COVID-19 pandemic.

<u>Further Status Report</u>

The Parties propose that a further status report be filed on or before October 9, 2020, to update the Court on the progress of the searches and processing.

Dated: August 10, 2020                    Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By:   /s/ Robert A. Caplen
ROBERT A. CAPLEN, DC Bar #501480
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendants*

/s/ Matthew Topic
MATTHEW TOPIC
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 789-4973 (direct)
(773) 368-8812 (cell)
foia@loevy.com

*Counsel for Plaintiffs*

3