UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, *et al.*,<br><br>           Defendants. | Civil Action No. 19-3028 (DLF) |

## **JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated March 24, 2025, the parties provide the following joint status report in this Freedom of Information Act ("FOIA") action.

1.      This case involves Plaintiffs' FOIA requests seeking records relating or referring to specific deceased individuals who died while in the custody of U.S. Immigration & Customs Enforcement ("ICE").

2.      As previously reported (ECF Nos. 13 and 36), all Defendants have completed their productions of records, and Plaintiffs sent a fee demand to Defendants on July 24, 2024.

3.      The parties now report that they have reached an agreement in principle to settle this matter.  The parties, however, require additional time to commit that settlement agreement into writing.

*       *       *

4.      Accordingly, the parties respectfully propose that they file an additional joint status report on or before May 26, 2025, reporting on the status of their settlement agreement, should a stipulation of dismissal not have been filed prior to that date.

Dated: April 11, 2025                          Respectfully submitted,

*/s/ Merrick Wayne*
Merrick Wayne, D.C. Bar No. IL0058       EDWARD R. MARTIN, JR., D.C. Bar #481866
Matt Topic, D.C. Bar No. IL0037          United States Attorney
Stephen Stich Match, D.C. Bar MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor            By: */s/ Diana V. Valdivia*
Chicago, IL 60607                            DIANA V. VALDIVIA, DC Bar #1006628
(312) 243-5900                               L'SHAUNTEE J. ROBERTSON
foia@loevy.com                                 DC Bar # 980248
                                             Assistant United States Attorneys
                                             601 D Street, N.W.
*Counsel for Plaintiffs*                     Washington, D.C. 20530
                                             Phone: (202) 252-2545 or (202) 252-1729

                                         *Attorneys for the United States of America*

2